UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANTONIO YOUNG,

Plaintiff,

v.

EPIC GAMES INC., et al.,

Defendants.

Case No.  26-cv-02976-JCS

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Araceli Martinez-Olguin  for consideration of whether the case is related to 25-cv-3088 AMO.

**IT IS SO ORDERED.**

Dated:  April 8, 2026

_____
JOSEPH C. SPERO
United States Magistrate Judge